UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORI JOHNSON AND RICHARD JOHNSON,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>CITY OF ATWATER; KEN LEE, in his official and individual capacity; AND SAMUEL JOSEPH, in his official and individual capacity,<br><br>　　　　　Defendants. | No. 1:19-cv-00237-DAD-SAB<br><br><br>ORDER REFERRING MOTIONS TO MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302(a), defendant's motion to dismiss (Doc. No. 4) and plaintiffs' motion to remand (Doc. No. 5), motion to amend (Doc. No. 14), and second motion to remand (Doc. No. 15) are hereby referred to United States Magistrate Judge Stanley A. Boone for issuance of findings and recommendations in accordance with 28 U.S.C. § 636(b)(1)(B) and (C). Accordingly, the hearing on the motions set for May 21, 2019 at 9:30 a.m. in Courtroom 5 before the undersigned is hereby vacated, to be reset if deemed appropriate by Magistrate Judge Stanley A. Boone.

IT IS SO ORDERED.

Dated: **May 13, 2019**　　　　　　　　　　／s／ Dale A. Drozd
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1