# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORI JOHNSON, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>CITY OF ATWATER, et al.,<br><br>    Defendants. | Case No. 1:19 -cv-00237-DAD-SAB<br><br>ORDER DIRECTING DEFENDANTS TO FILE A STATEMENT OF OPPOSITION OR NON-OPPOSITION TO PLAINTIFFS' MOTION TO AMEND AND WITHDRAWING PLAINTIFFS' MOTION TO REMAND<br><br>(ECF Nos. 5, 14, 15)<br><br>THREE DAY DEADLINE |

On January 18, 2019, Plaintiffs commenced this action in the Superior Court of the State of California for the County of Merced, and on February 19, 2019, Defendants removed this action to the United States District Court for the Eastern District of California. (ECF No. 1.) On March 11, 2019, Defendants filed a motion to dismiss. (ECF No. 4.) On March 18, 2019, Plaintiffs filed a motion to remand the action. (ECF No. 5.) On May 9, 2019, without leave of court, Plaintiffs filed a first amended complaint, (ECF No. 13), and on the same date, Plaintiff filed a motion for leave to file a first amended complaint (ECF No. 14). On May 9, 2019, Plaintiffs also filed a notice of withdrawal of Plaintiffs' motion to remand, which was docketed as a separate motion to remand and set for hearing. (ECF No. 15.) On May 13, 2019, the District Judge referred Defendants' motion to dismiss (ECF No. 4), Plaintiffs' motion to remand (ECF Nos. 5, 15), and Plaintiffs' motion to amend (ECF No. 14), to the undersigned United

States Magistrate Judge for the issuance of findings and recommendations in accordance with 28 U.S.C. § 6369b)(1)(B) and (C). (ECF No. 16.)

Given Plaintiffs' motion to file an amended complaint may render Defendants' motion to dismiss moot, Defendants shall be required to file, within three (3) days of the date of entry of this order, a statement signifying whether they oppose Plaintiffs' motion to amend. If Defendants oppose such motion, the undersigned shall set the motion for hearing with an associated briefing schedule pursuant to the rules of procedure and the local rules of this district. Additionally, the Plaintiffs' notice of withdrawal of the motion to remand (ECF No. 15), which was docketed as a separate motion to remand, shall be granted.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants shall file, within three (3) days of the date of entry of this order, a statement signifying whether they oppose Plaintiffs' motion to amend (ECF No. 14);

2. The Court accepts Plaintiffs' notice to withdraw the motion to remand (ECF No. 15); and

3. The Clerk of the Court is DIRECTED to withdraw Plaintiffs' motion to remand (ECF Nos. 5, 15).

IT IS SO ORDERED.

Dated: __**May 13, 2019**__

　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE