# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORI JOHNSON, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>CITY OF ATWATER, et al.,<br><br>　　　　Defendants. | Case No. 1:19-cv-00237-DAD-SAB<br><br>ORDER SETTING HEARING AND BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO DISMISS AND PLAINTIFFS' MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT<br><br>(ECF Nos. 4, 14) |

On January 18, 2019, Plaintiffs commenced this action in the Superior Court of the State of California for the County of Merced, and on February 19, 2019, Defendants removed this action to the United States District Court for the Eastern District of California. (ECF No. 1.) On March 11, 2019, Defendants filed a motion to dismiss. (ECF No. 4.) On May 8, 2019, pursuant to the stipulation of the parties, the Court granted Plaintiff until May 9, 2019, to file an opposition to Defendants' motion to dismiss. (ECF No. 12.) On May 9, 2019, Plaintiffs did not file an opposition, but instead, without leave of court, filed a first amended complaint (ECF No. 13), along with a motion for leave to file a first amended complaint (ECF No. 14). On May 13, 2019, the District Judge referred Defendants' motion to dismiss (ECF No. 4), Plaintiffs' motion to remand (ECF Nos. 5, 15), and Plaintiffs' motion to amend (ECF No. 14), to the undersigned United States Magistrate Judge for the issuance of findings and recommendations in accordance

1

with 28 U.S.C. § 6369b)(1)(B) and (C). (ECF No. 16.)

On May 14, 2019, the Court accepted Plaintiffs' withdraw of the motion to remand (ECF Nos. 5, 15), and also directed Defendants to file a statement signifying whether they oppose Plaintiffs' motion for leave to file an amended complaint. (ECF No. 17.) On May 15, 2019, Defendants filed a statement signifying they oppose Plaintiffs' motion for leave to file an amended complaint. (ECF No. 18.) Due to Defendants' statement of opposition, the Court will now set a hearing for Defendants motion to dismiss and Plaintiffs' motion for leave to amend to be held on the same date with a corresponding briefing schedule. Due to Plaintiffs' failure to file an opposition to the motion to dismiss in accordance with the stipulation and order entered May 8, 2019 (ECF No. 12), Plaintiffs have waived their right to file such opposition. However, the Court will consider the merits of the parties' briefing on the motion to dismiss and motion for leave to file an amended complaint collectively as the issues are interrelated.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants' motion to dismiss (ECF No. 4) and Plaintiffs' motion for leave to file an amended complaint (ECF No. 14), shall be heard on **June 18, 2019, at 2:00 p.m., in Courtroom 9**;

2. Defendants shall file any opposition to Plaintiffs' motion for leave to file an amended complaint on or before June 4, 2019;

3. Plaintiffs shall file any reply to Defendants' opposition to Plaintiffs' motion for leave to file an amended complaint on or before June 11, 2019.

IT IS SO ORDERED.

Dated: **May 16, 2019**

UNITED STATES MAGISTRATE JUDGE