UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORI JOHNSON, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF ATWATER, et al.,<br><br>Defendants. | No. 1:19-cv-00237-DAD-SAB<br><br>ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO OBEY A COURT ORDER AND FAILURE TO PROSECUTE<br><br>(Doc. No. 24) |

On June 14, 2019, United States Magistrate Judge Stanley A. Boone issued findings and recommendations, recommending that the operative complaint in this action be dismissed, but also recommending that plaintiffs be granted leave to file an amended complaint. (Doc. No. 21.) On September 5, 2019, the undersigned adopted those findings and recommendations in full. (Doc. No. 24.) In doing so, the court directed plaintiffs to file their amended complaint within ten days, and warned plaintiffs that failure to do so would result in dismissal of this action for failure to prosecute and failure to obey a court order. (Doc. No. 24.) More than ten days have passed since the issuance of that order, and to date, no amended complaint has been filed.

/////

/////

/////

1

Therefore, within **seven days** from the date of service of this order, plaintiffs are directed to show cause in writing as to why this action should not be dismissed. Plaintiffs may discharge this order by filing an amended complaint in accordance with the court's prior orders.

IT IS SO ORDERED.

Dated: **September 19, 2019**

_Dale A. Drozd_
UNITED STATES DISTRICT JUDGE